**James ALSTON, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2010–3007.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2009.

ON MOTION

*ORDER*

James Alston having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate are vacated and recalled, and the petition for review is reinstated.

(2) The certified list from the Arbitrator is due on or before November 16, 2009, 2009 WL 6084621.

**Julio C. SANTIAGO, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3303.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2009.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.